IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § § | CASE NO. 24-50623-CAG |
| GUILLERMO'S, LLC | § § | |
| DEBTOR | § § | CHAPTER 11 |

**APPLICATION FOR APPROVAL OF LANGLEY & BANACK, INC. AS ATTORNEYS FOR THE ESTATE OF GUILLERMO'S, LLC**

TO THE HONORABLE CRAIG A. GARGOTTA, CHIEF JUDGE,
UNITED STATES BANKRUPTCY COURT:

**THIS PLEADING REQUESTS RELIEF THAT MAY BE ADVERSE TO YOUR INTERESTS.**

**IF NO TIMELY RESPONSE IS FILED WITHIN TWENTY-ONE (21) DAYS FROM THE DATE OF SERVICE, THE RELIEF REQUESTED HEREIN MAY BE GRANTED WITHOUT A HEARING BEING HELD.**

**A TIMELY FILED RESPONSE IS NECESSARY FOR A HEARING TO BE HELD**

NOW COMES, Guillermo's, LLC, Debtor in Possession in the above styled and numbered case, and files this its Application for Approval of Langley & Banack, Inc. as Attorneys for the Estate of Guillermo's, LLC, and in support thereof, would respectfully show the Court the following:

1. On April 8, 2024, Guillermo's, LLC (hereinafter called "Debtor") filed its Voluntary Petition for Relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Western District of Texas, San Antonio Division.

2. The services of legal counsel to represent the Debtor and its estate in this Chapter 11 bankruptcy case are necessary and in the best interest of the estate and all parties in interest. Debtor desires to engage Langley & Banack, Inc., 745 E. Mulberry Ave., Suite 700, San Antonio, TX 78212, (210) 736-6600.

3. The professional services to be rendered by the law firm include giving the Debtor legal advice with respect to its duties and powers in this case and handling all matters which come before the Court in this case. No other person in the legal profession is employed or proposed to be employed by the Debtor to perform these services.

4. Debtor has determined that the professional standing, competency and reputation of such law firm are high and that its attorneys are duly licensed and qualified to practice before this Court and to provide the services requested by the Debtor.

5. The law firm has advised the Debtor that it is willing to accept such representation and that it neither holds nor represents an interest adverse to the estate and is a disinterested person within the meaning of 11 U.S.C. Section 327(a).

6. The law firm has further advised the Debtor that it maintains regular records of time expended and expenses incurred. The Debtor and the law firm have agreed that the law firm will be compensated by the estate according to its customary hourly rates, upon approval of this Court after application, notice and hearing. Current customary hourly rates are William R. Davis, Jr., attorney,

$400.00 per hour. A payment in the amount of $8,000.00, including the filing fee in the amount of $1,738.00, has been paid by the Debtor the law firm. This amount has been applied pre-petition. Counsel has estimated that a retainer in the amount of $15,000.00 will be needed for this case. The Debtor has agreed to make post-petition deposits to counsel to cover legal services and expenses incurred during the Chapter 11 case, to the extent that the payment of such does not interfere with the Debtor's financial affairs/operations. Such amounts are to be held by Applicant in its trust account subject to the approval by the Court herein. A true and correct copy of the Disclosure of Compensation is attached hereto as Exhibit "A."

7.     The law firm ought to be allowed to make interim application for compensation because Debtor believes that substantial time and expense will be incurred by it in its representation, and unless it is allowed to make interim application for compensation its representation will be burdensome.

8.     A copy of the Employment Agreement between the Debtor and Applicant is attached hereto as Exhibit "B".

9.     A copy of the Order uploaded with this Application is attached hereto.

WHEREFORE, PREMISES CONSIDERED, Guillermo's, LLC requests that this Court approve the employment of Langley & Banack, Inc. as legal counsel for the estate according to the terms and conditions set forth above, and for such other and further relief to which it may show itself entitled.

Dated: April 8, 2024.

                                                      GUILLERMO'S, LLC

BY: _____
                       WILLIAM J. GARZA, President

## CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2024, a true and correct copy of the above and foregoing instrument was mailed to the parties in the attached Notice List including the United States Trustee, P.O. Box 1539, San Antonio, TX 78295-1539.

_____
WILLIAM R. DAVIS, JR.

L & B 00148/0001/L2185802.WPD/

4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § § | CASE NO. |
| GUILLERMO'S, LLC | § § | |
| DEBTOR. | § | CHAPTER 11 |

## AFFIDAVIT OF PROPOSED ATTORNEYS

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF BEXAR | § |

I, WILLIAM R. DAVIS, JR., hereby make solemn oath for and on behalf of Langley & Banack, Inc.:

1. I am a partner of Langley & Banack, Inc. and I am duly authorized to make this Affidavit for and on its behalf.

2. Langley & Banack, Inc. maintains an office for the practice of law at 745 E. Mulberry, Suite 700, San Antonio, Texas 78212, (210) 736-6600.

3. Attorneys employed by Langley & Banack, Inc. are attorneys and counselors at law, duly admitted to practice in the State of Texas and the United States District Court for the Western District of Texas.

4. Langley & Banack, Inc. and its attorneys have no connection with the Debtor, Guillermo's, LLC, its creditors or any other party in interest, its respective attorneys and accountants, the United States Trustee, or any person employed in the Offices of the United States Trustee or its Estate and is a disinterested person within the meaning of 11 U.S.C. Section 327(a).

5. Langley & Banack, Inc. neither holds nor represents an interest adverse to the Debtor, Guillermo's, LLC, or its estate, and is a disinterested person within the meaning of 11 U.S.C. Section 327(a).

WILLIAM R. DAVIS, JR.
State Bar No. 05565500
Email: wrdavis@langleybanack.com
LANGLEY & BANACK, INC.
745 E. Mulberry, Suite 700
San Antonio, TX 78212
Telephone: (210) 736-6600

SUBSCRIBED TO AND SWORN to before me by the said WILLIAM R. DAVIS, JR. on April 8, 2024, to certify which witness my hand and seal of office.



MARLA G. SOLBERG
Notary Public, State of Texas
Comm. Expires 05-27-2024
Notary ID 2587579

Notary Public, State of Texas

L & B 00148/0001/L2185802.WPD/ 2

```
Label Matrix for local noticing      Guillermo's, LLC                    U.S. BANKRUPTCY COURT
0542-5                               618 McCullough Ave.                 615 E. HOUSTON STREET, ROOM 597
Case 24-50623-cag                    San Antonio, TX 78215-1613          SAN ANTONIO, TX 78205-2055
Western District of Texas
San Antonio
Mon Apr  8 10:27:11 CDT 2024

(p)LINEBARGER GOGGAN BLAIR & SAMPSON LLP   Broadway Bank                 Internal Revenue Service
ATTN DON STECKER                           1177 NE Loop 410              P.O. Box 7346
112 E PECAN                                San Antonio, TX 78209-1585    Philadelphia, PA  19101-7346
SUITE 2200
SAN ANTONIO TX 78205-1588

Stage One, LLC                       U.S. Department of Labor            U.S. Small Business Admin.
106 Auditorium Circle                17319 San Pedro, Unit 110           CESC
San Antonio, TX 78205-1333           San Antonio, TX 78232-1412          14925 Kingsport Rd.
                                                                         Fort Worth, TX 76155-2243

United States Attorney               United States Attorney General      United States Trustee - SA12
Taxpayer Division                    950 Pennsylvania Ave., NW           US Trustee's Office
601 N.W. Loop 410 Suite 600          Washington, DC  20530-0001          615 E Houston, Suite 533
San Antonio, TX 78216-5512                                               San Antonio, TX 78205-2055

William R. Davis Jr
Langley & Banack, Inc.
745 E. Mulberry Ave, Suite 700
San Antonio, TX 78212-3172
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Bexar County Tax Assessor            End of Label Matrix
P.O. Box 839950                      Mailable recipients    12
San Antonio, TX  78283-3950          Bypassed recipients     0
                                     Total                  12
```