IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 24-50623-CAG |
| GUILLERMO'S, LLC | § | |
| | § | |
| DEBTOR. | § | CHAPTER 11 |

## ORDER APPROVING THE EMPLOYMENT OF LANGLEY & BANACK, INC. AS ATTORNEYS FOR THE ESTATE OF GUILLERMO'S, LLC

The Court considered the Amended Application for Approval of Langley & Banack, Inc., as Attorneys for the Estate of Guillermo's, LLC, and the Court being of the opinion that the Application is well taken, will hereby approve same. It is therefore,

ORDERED, ADJUDGED and DECREED that the employment of Langley & Banack, Inc., as attorneys for the Debtor in Possession be, and it is hereby, approved. It is further

ORDERED, ADJUDGED and DECREED that said attorneys shall, within ten (10) days of the entry hereof, serve the statements required by Bankruptcy Code Section 329(a) and Bankruptcy Rule 2016(b) and a copy of this Order, upon the U.S. Trustee, any committees, the twenty (20) largest unsecured creditors, all secured creditors, and any counsel or parties previously filing a notice of appearance and request for notice. It is further

ORDERED, ADJUDGED and DECREED that said attorneys shall disclose in said report the amount and source of any retainer or any other payment received by it in connection with or in contemplation of this case. It is further

ORDERED, ADJUDGED and DECREED that any Objection of this Order must be filed within 21 days after the date of this Order. If an Objection is received from the U.S. Trustee, any creditor or party-in-interest, the Debtors shall request a hearing before the Court.

###

Return copy to:

William R. Davis, Jr.
Langley & Banack, Inc.
745 E. Mulberry, Suite 700
San Antonio, TX 78212
(210) 736-6600