**Fill in this information to identify the case:**

Debtor Name: GUILLERMOS LLC

United States Bankruptcy Court for the: _____ District of _____

Case number: 24-50623-CAG

☐ Check if this is an amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11            12/17

Month: MAY 2024

Date report filed: 6/20/2024
MM / DD / YYYY

Line of business: RESTAURANT/CATERING

NAISC code: 722511

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: *[signature]* William J. Garza

Original signature of responsible party

Printed name of responsible party: William J. Garza

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer No to any of the questions in lines 1-9, attach an explanation and label it Exhibit A.**

| | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| 1. | Did the business operate during the entire reporting period? | ☒ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☒ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☒ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☒ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☒ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☒ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☒ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☒ | ☐ | ☒ |
| 9. | Have you timely paid all of your insurance premiums? | ☒ | ☐ | ☐ |

**If you answer Yes to any of the questions in lines 10-18, attach an explanation and label it Exhibit B.**

| | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☒ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☒ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☒ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☒ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☒ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☒ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☒ | ☐ |

Official Form 425C        Monthly Operating Report for Small Business Under Chapter 11        page 1

Debtor Name **GUILLERMOS LLC**    Case number **24-50623-CAG**

17. Have you paid any bills you owed before you filed bankruptcy?  ☐ ☒ ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☐ ☒ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.    $62,094.27

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.    $239,473.35

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.    -$259,814.47

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.    +$(20,341.12)

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.
    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.    = $41,753.15

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**    $0

    (*Exhibit E*)

Debtor Name **Guillermos LLC**  Case number **24-50623-cag**

### 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F.* Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. Total receivables  SAN ANTONIO INDEPENDENT SCHOOL DISTRICT $1130.  $ 3230.00
    (Exhibit F)
    IOLA PUBLIC SCHOOLS $2100.00

### 5. Employees

26. What was the number of employees when the case was filed?   50
27. What is the number of employees as of the date of this monthly report?   30

### 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?  $ 2250.00
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?  $ 10250.00
30. How much have you paid this month in other professional fees?  $ 0
31. How much have you paid in total other professional fees since filing the case?  $ 0

### 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | Column A Projected (Copy lines 35-37 from the previous month's report) | − | Column B Actual (Copy lines 20-22 of this report) | = | Column C Difference (Subtract Column B from Column A) |
|---|---|---|---|---|---|
| 32. Cash receipts | $ | − | $ | = | $ |
| 33. Cash disbursements | $ | − | $ | = | $ |
| 34. Net cash flow | $ | − | $ | = | $ |

35. Total projected cash receipts for the next month:  $
36. Total projected cash disbursements for the next month:  − $
37. Total projected net cash flow for the next month:  = $

Debtor Name  _GUILLERMOS LLC_   Case number _24-50623-CAG_

### 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- [x] 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).
- [ ] 39. Bank reconciliation reports for each account.
- [ ] 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.
- [ ] 41. Budget, projection, or forecast reports.
- [ ] 42. Project, job costing, or work-in-progress reports.



**BROADWAY BANK**

Account Number
51752
Page 1 of 10      236

GUILLERMOS LLC

# Bank Statement

SUMMARY OF ACCOUNTS

| Account Type | Account # | Balance as of May 31, 2024 | YTD Interest |
|---|---|---|---|
| PREFERRED BUSINESS CHECKING | 1752 | $41,753.15 | $0.00 |

This statement reports your balances and activity from Apr 30, 2024 thru May 31, 2024 on the following accounts.

PREFERRED BUSINESS CHECKING       Account # 4100051752       Balance: $41,753.15

| | | Balance Last Statement | 62,094.27 |
|---|---|---|---|
| | | Deposits/Credits | 239,473.35 |
| May 01 | POS THE HOME DEPOT # POS EFT RF#412298002468 SAN ANTONIO TX CARD#5117 | | 53.02 |
| May 01 | TSYS TRANSFIRST CR CD DEP 543684555862557 | | 5,065.47 |
| May 02 | INTUIT 28400255 DEPOSIT 5247771996943390 | | 250.00 |
| May 02 | TSYS TRANSFIRST CR CD DEP 543684555862557 | | 5,044.82 |
| May 03 | Worldpay COMB DEP 542930510049190 | | 1,037.73 |
| May 03 | TSYS TRANSFIRST CR CD DEP 543684555862557 | | 6,037.28 |
| May 06 | Worldpay COMB DEP 542930510049190 | | 1,069.19 |
| May 06 | Square Inc 240506P2 L209871120814 | | 1,259.14 |
| May 06 | Worldpay COMB DEP 542930510049190 | | 1,637.05 |
| May 06 | CUSTOMER DEPOSIT | | 2,400.23 |
| May 06 | Worldpay COMB DEP 542930510049190 | | 2,926.47 |
| May 06 | CUSTOMER DEPOSIT | | 3,166.52 |
| May 06 | TSYS TRANSFIRST CR CD DEP 543684555862557 | | 4,744.59 |
| May 06 | TSYS TRANSFIRST CR CD DEP 543684555862557 | | 9,408.83 |
| May 06 | TSYS TRANSFIRST CR CD DEP 543684555862557 | | 11,242.66 |
| May 07 | ADP WAGE PAY WAGE PAY 5130706042238XG | | 11.55 |
| May 08 | TSYS TRANSFIRST CR CD DEP 543684555862557 | | 4,013.81 |
| May 09 | CUSTOMER DEPOSIT | | 1,929.35 |
| May 09 | TSYS TRANSFIRST CR CD DEP 543684555862557 | | 4,709.21 |
| May 10 | Worldpay COMB DEP 542930510049190 | | 703.58 |
| May 10 | CUSTOMER DEPOSIT | | 1,112.63 |
| May 10 | TSYS TRANSFIRST CR CD DEP 543684555862557 | | 6,371.98 |
| May 13 | Square Inc 240513P2 L209872158406 | | 62.52 |



Account Number
1752
Page 2 of 10      236

*broadway bank*

### Deposits/Credits

| Date | Description | Amount |
|---|---|---:|
| May 13 | Square Inc 240513P2 L209872158407 | 904.28 |
| May 13 | CUSTOMER DEPOSIT | 1,160.00 |
| May 13 | Worldpay COMB DEP 542930510049190 | 1,343.07 |
| May 13 | Worldpay COMB DEP 542930510049190 | 2,916.21 |
| May 13 | Worldpay COMB DEP 542930510049190 | 3,018.59 |
| May 13 | TSYS TRANSFIRST CR CD DEP 543684555862557 | 8,396.82 |
| May 13 | TSYS TRANSFIRST CR CD DEP 543684555862557 | 11,545.66 |
| May 13 | TSYS TRANSFIRST CR CD DEP 543684555862557 | 13,239.27 |
| May 15 | TSYS TRANSFIRST CR CD DEP 543684555862557 | 4,392.78 |
| May 16 | TSYS TRANSFIRST CR CD DEP 543684555862557 | 6,796.29 |
| May 17 | Square Inc 240517P2 L209872947305 | 377.11 |
| May 17 | Worldpay COMB DEP 542930510049190 | 1,282.73 |
| May 17 | TSYS TRANSFIRST CR CD DEP 543684555862557 | 7,445.02 |
| May 20 | TSYS TRANSFIRST CR CD DEP 543684555862557 | 14,689.34 |
| May 20 | TSYS TRANSFIRST CR CD DEP 543684555862557 | 8,336.93 |
| May 20 | Worldpay COMB DEP 542930510049190 | 2,189.76 |
| May 20 | TSYS TRANSFIRST CR CD DEP 543684555862557 | 6,499.54 |
| May 20 | Worldpay COMB DEP 542930510049190 | 813.65 |
| May 20 | Square Inc 240520P2 L209873218794 | 381.11 |
| May 20 | ADP WAGE PAY WAGE PAY 9432302349878XG | 350.77 |
| May 20 | Worldpay COMB DEP 542930510049190 | 2,158.80 |
| May 21 | CUSTOMER DEPOSIT | 1,887.92 |
| May 22 | TSYS TRANSFIRST CR CD DEP 543684555862557 | 4,976.00 |
| May 23 | Square Inc 240523P2 L209873835179 | 79.47 |
| May 23 | TSYS TRANSFIRST CR CD DEP 543684555862557 | 4,415.22 |
| May 24 | TSYS TRANSFIRST CR CD DEP 543684555862557 | 5,372.09 |
| May 24 | Worldpay COMB DEP 542930510049190 | 1,277.51 |
| May 24 | CUSTOMER DEPOSIT | 379.91 |
| May 24 | Square Inc 240524P2 L209874010020 | 67.48 |
| May 28 | Worldpay COMB DEP 542930510049190 | 776.76 |
| May 28 | CUSTOMER DEPOSIT | 1,674.37 |
| May 28 | TSYS TRANSFIRST CR CD DEP 543684555862557 | 1,789.56 |
| May 28 | Worldpay COMB DEP 542930510049190 | 1,811.54 |
| May 28 | Worldpay COMB DEP 542930510049190 | 2,414.95 |
| May 28 | TSYS TRANSFIRST CR CD DEP 543684555862557 | 6,464.12 |
| May 28 | TSYS TRANSFIRST CR CD DEP 543684555862557 | 7,084.78 |
| May 28 | TSYS TRANSFIRST CR CD DEP 543684555862557 | 8,545.45 |
| May 29 | TSYS TRANSFIRST CR CD DEP 543684555862557 | 5,023.70 |
| May 30 | TSYS TRANSFIRST CR CD DEP 543684555862557 | 5,008.80 |
| May 31 | Worldpay COMB DEP 542930510049190 | 1,166.29 |
| May 31 | CUSTOMER DEPOSIT | 1,379.25 |
| May 31 | TSYS TRANSFIRST CR CD DEP 543684555862557 | 5,276.83 |
| May 31 | DEBIT CARD REWARDS | 105.99 |

**Total Debits** 259,814.47



**BROADWAY BANK**

Account Number ⋯1752
Page 3 of 10    236

*broadway bank*

### Checks Written — 73,339.09

| Check # | Date Paid | Amount | Check # | Date Paid | Amount |
|---|---|---|---|---|---|
| 23285 | 05-22 | 700.00 | 23688* | 05-02 | 138.35 |
| 23363* | 05-03 | 1,000.00 | 23689 | 05-01 | 195.32 |
| 23487* | 05-14 | 28.00 | 23690 | 05-09 | 98.72 |
| 23502* | 05-09 | 64.00 | 23691 | 05-03 | 25.50 |
| 23507* | 05-09 | 84.00 | 23693* | 05-09 | 2,149.74 |
| 23540* | 05-03 | 185.19 | 23694 | 05-03 | 444.78 |
| 23551* | 05-03 | 1,000.00 | 23696* | 05-07 | 214.47 |
| 23552 | 05-14 | 46.12 | 23697 | 05-09 | 568.31 |
| 23554* | 05-17 | 84.95 | 23698 | 05-08 | 255.47 |
| 23564* | 05-16 | 53.70 | 23699 | 05-02 | 3,000.00 |
| 23588* | 05-14 | 11.07 | 23700 | 05-10 | 398.32 |
| 23599* | 05-03 | 100.00 | 23701 | 05-10 | 423.26 |
| 23606* | 05-07 | 179.10 | 23702 | 05-22 | 6,071.41 |
| 23618* | 05-09 | 104.00 | 23703 | 05-21 | 3,500.00 |
| 23626* | 05-01 | 110.00 | 23704 | 05-10 | 100.00 |
| 23629* | 05-07 | 33.19 | 23705 | 05-03 | 400.00 |
| 23633* | 05-09 | 33.96 | 23706 | 05-10 | 579.21 |
| 23638* | 05-01 | 150.00 | 23707 | 05-06 | 691.54 |
| 23646* | 05-03 | 40.50 | 23708 | 05-06 | 150.00 |
| 23647 | 05-06 | 275.69 | 23709 | 05-09 | 11.11 |
| 23648 | 05-02 | 182.75 | 23710 | 05-16 | 108.70 |
| 23649 | 05-02 | 65.71 | 23711 | 05-06 | 395.90 |
| 23652* | 05-09 | 388.81 | 23712 | 05-09 | 186.45 |
| 23656* | 05-01 | 35.00 | 23713 | 05-08 | 328.51 |
| 23663* | 05-02 | 44.11 | 23714 | 05-15 | 55.44 |
| 23664 | 05-07 | 149.30 | 23716* | 05-07 | 261.90 |
| 23665 | 05-01 | 196.80 | 23717 | 05-06 | 990.00 |
| 23667* | 05-02 | 392.00 | 23718 | 05-06 | 194.42 |
| 23670* | 05-06 | 353.11 | 23719 | 05-09 | 63.30 |
| 23672* | 05-13 | 21.50 | 23720 | 05-07 | 578.77 |
| 23673 | 05-02 | 182.79 | 23721 | 05-08 | 116.60 |
| 23674 | 05-02 | 105.62 | 23722 | 05-07 | 44.79 |
| 23676* | 05-02 | 187.76 | 23723 | 05-07 | 40.30 |
| 23679* | 05-01 | 120.97 | 23724 | 05-13 | 29.50 |
| 23680 | 05-02 | 241.46 | 23725 | 05-22 | 800.00 |
| 23681 | 05-06 | 91.77 | 23726 | 05-09 | 392.00 |
| 23682 | 05-06 | 61.55 | 23727 | 05-13 | 112.58 |
| 23683 | 05-02 | 108.11 | 23728 | 05-15 | 275.00 |
| 23684 | 05-02 | 207.77 | 23729 | 05-09 | 96.00 |
| 23685 | 05-14 | 49.24 | 23730 | 05-07 | 283.53 |
| 23686 | 05-01 | 70.80 | 23731 | 05-13 | 16.23 |

* DENOTES MISSING CHECK NUMBER


**BROADWAY BANK**

Account Number
;1752
Page 4 of 10     236

### Checks Written

| Check # | Date Paid | Amount | Check # | Date Paid | Amount |
|---|---|---|---|---|---|
| 23732 | 05-10 | 126.10 | 23774 | 05-20 | 207.60 |
| 23733 | 05-08 | 274.02 | 23775 | 05-14 | 600.00 |
| 23734 | 05-10 | 8.00 | 23776 | 05-17 | 27.62 |
| 23735 | 05-08 | 289.64 | 23777 | 05-14 | 283.12 |
| 23736 | 05-09 | 399.20 | 23778 | 05-20 | 209.10 |
| 23737 | 05-14 | 64.21 | 23779 | 05-15 | 546.10 |
| 23738 | 05-09 | 85.61 | 23780 | 05-20 | 20.14 |
| 23739 | 05-09 | 228.24 | 23781 | 05-14 | 264.33 |
| 23740 | 05-21 | 27.79 | 23782 | 05-14 | 412.23 |
| 23741 | 05-14 | 14.51 | 23783 | 05-14 | 346.92 |
| 23742 | 05-13 | 55.03 | 23784 | 05-14 | 168.93 |
| 23743 | 05-10 | 123.32 | 23785 | 05-21 | 165.66 |
| 23744 | 05-10 | 126.05 | 23786 | 05-21 | 89.99 |
| 23745 | 05-28 | 5.00 | 23787 | 05-20 | 65.73 |
| 23746 | 05-28 | 91.72 | 23788 | 05-17 | 103.94 |
| 23747 | 05-09 | 159.08 | 23789 | 05-24 | 237.60 |
| 23748 | 05-14 | 25.50 | 23790 | 05-16 | 29.44 |
| 23749 | 05-08 | 12.00 | 23791 | 05-20 | 94.50 |
| 23750 | 05-07 | 323.08 | 23792 | 05-16 | 247.82 |
| 23751 | 05-08 | 809.14 | 23793 | 05-14 | 6.00 |
| 23752 | 05-08 | 180.33 | 23794 | 05-16 | 46.95 |
| 23753 | 05-10 | 53.28 | 23795 | 05-14 | 250.00 |
| 23754 | 05-10 | 178.81 | 23796 | 05-22 | 2,024.00 |
| 23755 | 05-31 | 979.30 | 23797 | 05-20 | 49.50 |
| 23756 | 05-21 | 275.69 | 23798 | 05-16 | 35.25 |
| 23757 | 05-13 | 250.00 | 23799 | 05-15 | 210.00 |
| 23758 | 05-13 | 573.77 | 23800 | 05-22 | 310.20 |
| 23759 | 05-20 | 150.00 | 23801 | 05-29 | 1,052.52 |
| 23760 | 05-14 | 990.00 | 23802 | 05-16 | 56.00 |
| 23761 | 05-13 | 220.95 | 23803 | 05-16 | 91.00 |
| 23762 | 05-15 | 588.84 | 23804 | 05-21 | 215.20 |
| 23764* | 05-20 | 51.01 | 23805 | 05-22 | 55.49 |
| 23765 | 05-15 | 40.80 | 23809* | 05-23 | 500.00 |
| 23766 | 05-14 | 35.10 | 23810 | 05-20 | 350.77 |
| 23767 | 05-13 | 376.70 | 23812* | 05-20 | 990.00 |
| 23768 | 05-14 | 356.85 | 23813 | 05-21 | 202.41 |
| 23769 | 05-14 | 379.86 | 23814 | 05-21 | 376.20 |
| 23770 | 05-15 | 60.12 | 23815 | 05-20 | 238.59 |
| 23771 | 05-23 | 276.20 | 23816 | 05-21 | 574.58 |
| 23772 | 05-14 | 476.00 | 23817 | 05-30 | 24.96 |
| 23773 | 05-13 | 1,312.67 | 23818 | 05-21 | 255.70 |

* DENOTES MISSING CHECK NUMBER



**BROADWAY BANK**

Account Number
#752
Page 9 of 10    236

*broadway.bank*

### Checks Written

| Check # | Date Paid | Amount | Check # | Date Paid | Amount |
|---|---|---|---|---|---|
| 23819 | 05-20 | 46.58 | 23852 | 05-21 | 364.70 |
| 23820 | 05-21 | 44.50 | 23853 | 05-24 | 184.00 |
| 23821 | 05-23 | 41.66 | 23854 | 05-30 | 1,460.78 |
| 23822 | 05-23 | 74.50 | 23855 | 05-30 | 16.54 |
| 23823 | 05-20 | 150.00 | 23856 | 05-30 | 79.70 |
| 23824 | 05-21 | 392.00 | 23857 | 05-28 | 134.11 |
| 23825 | 05-21 | 87.50 | 23858 | 05-30 | 256.11 |
| 23826 | 05-22 | 377.13 | 23859 | 05-30 | 355.15 |
| 23827 | 05-20 | 1,188.34 | 23860 | 05-30 | 734.36 |
| 23828 | 05-22 | 760.25 | 23861 | 05-29 | 279.60 |
| 23829 | 05-28 | 15.75 | 23863* | 05-28 | 990.00 |
| 23830 | 05-22 | 106.58 | 23864 | 05-30 | 253.95 |
| 23831 | 05-28 | 335.85 | 23865 | 05-29 | 306.45 |
| 23832 | 05-23 | 308.99 | 23866 | 05-29 | 358.93 |
| 23833 | 05-21 | 110.70 | 23868* | 05-28 | 202.64 |
| 23834 | 05-22 | 302.93 | 23869 | 05-29 | 563.11 |
| 23835 | 05-21 | 435.41 | 23870 | 05-29 | 104.20 |
| 23836 | 05-30 | 52.93 | 23872* | 05-28 | 190.00 |
| 23837 | 05-30 | 30.00 | 23873 | 05-29 | 62.60 |
| 23838 | 05-24 | 295.75 | 23874 | 05-30 | 850.65 |
| 23839 | 05-22 | 181.75 | 23877* | 05-29 | 700.00 |
| 23840 | 05-28 | 85.60 | 23878 | 05-30 | 198.57 |
| 23841 | 05-28 | 244.36 | 23881* | 05-30 | 38.02 |
| 23842 | 05-29 | 129.29 | 23882 | 05-30 | 247.57 |
| 23843 | 05-29 | 10.31 | 23883 | 05-30 | 457.90 |
| 23844 | 05-21 | 171.12 | 23887* | 05-30 | 60.07 |
| 23845 | 05-28 | 26.36 | 23892* | 05-30 | 75.00 |
| 23846 | 05-23 | 113.11 | 23893 | 05-30 | 96.06 |
| 23847 | 05-24 | 218.07 | 23895* | 05-30 | 154.00 |
| 23849* | 05-21 | 18.87 | 23897* | 05-31 | 6.00 |
| 23850 | 05-29 | 602.55 | 23898 | 05-30 | 108.00 |
| 23851 | 05-21 | 1,076.19 | | | |

* DENOTES MISSING CHECK NUMBER

### Other Withdrawals

| Date | Description | Amount |
|---|---|---|
| May 01 | POS APPLE COM BILL POS EFT RF#004088 866-712-7753 CA CARD#5117 | 0.99 |
| May 01 | VIS APPLE COM BILL VIS EFT RF#033583 866-712-7753 CA CARD#5117 | 2.15 |
| May 01 | POS SUN COAST FOOD MART POS EFT RF#055128 SAN ANTONIO TX CARD#5117 | 90.97 |
| May 01 | POS THE HOME DEPOT # POS EFT RF#412228002849 SAN ANTONIO TX CARD#5117 | 127.03 |
| May 01 | POS CIRCLE K #2740259 POS EFT RF#038023 SAN ANTONIO TX CARD#5117 | 40.00 |
| May 01 | POS RESTAURANT POS EFT RF#412293000673 SAN ANTONIO TX CARD#2471 | 645.24 |
| May 01 | VIS SAMSCLUB COM VIS EFT RF#088420 888-746-7726 AR CARD#5117 | 174.10 |

 **BROADWAY BANK**

Account Number
1752
Page 6 of 10    236

broadway.bank
800.531.7650

### Other Withdrawals

| Date | Description | Amount |
|---|---|---|
| May 01 | SYMETRA SYMETRA AA6081972 | 66.06 |
| May 01 | TRAVELERS PER INSUR BPITPI162454462 | 281.75 |
| May 01 | PFS Financing Co INS PMNT 1080-2132397 | 560.61 |
| May 02 | LOAN PAYMENT 021004000482 | 700.14 |
| May 02 | INTUIT 42336505 TRAN FEE 524771996943390 | 7.48 |
| May 02 | SA WATER SYSTEM PEP DEBITS 0074374190000018 | 279.79 |
| May 02 | VIS MADISON SQUARE CDC VIS EFT RF#041687 210-2261920 TX CARD#5117 | 935.00 |
| May 02 | POS RESTAURANT POS EFT RF#412384001874 SAN ANTONIO TX CARD#2471 | 807.56 |
| May 02 | IB XFER TO DDA 004100110815 IB TFR RF#160707012365 CARD# | 400.00 |
| May 02 | POS H-E-B #556 POS EFT RF#929038 SAN ANTONIO TX CARD#2471 | 6.62 |
| May 03 | ADP PAYROLL FEES ADP FEES 385094056115 | 160.59 |
| May 03 | ADP WAGE PAY WAGE PAY 9294333490318XG | 9,917.08 |
| May 03 | Sysco Corporatio Payment USBL013679464SA | 10,958.34 |
| May 03 | Spec's Family Pa FintechEFT 46-2150143 | 2,060.63 |
| May 03 | JP NCR Local Of NCRLOCOFF T20121607 | 130.33 |
| May 03 | POS RESTAURANT POS EFT RF#412458002565 SAN ANTONIO TX CARD#2471 | 323.07 |
| May 03 | ZELLE CELIA ROCHA 4124P0K05F3S | 75.00 |
| May 03 | POS H-E-B #556 POS EFT RF#900412 SAN ANTONIO TX CARD#2471 | 45.86 |
| May 03 | POS RESTAURANT POS EFT RF#412440002432 SAN ANTONIO TX CARD#2471 | 1,025.74 |
| May 03 | VIS MARY LOUS CAFE VIS EFT RF#071099 SAN ANTONIO TX CARD#5117 | 78.42 |
| May 03 | POS H-E-B #178 POS EFT RF#713540 SAN ANTONIO TX CARD#5117 | 28.29 |
| May 03 | POS SUN COAST FOOD MART POS EFT RF#022863 SAN ANTONIO TX CARD#5117 | 55.09 |
| May 06 | Worldpay MTHCHGS 542930510049190 | 923.63 |
| May 06 | ADP Tax ADP Tax RN8XG 050318A01 | 2,903.09 |
| May 06 | VIS THE WEBSTAURANT STO VIS EFT RF#098288 717-392-7472 PA CARD#2471 | 1,334.67 |
| May 06 | POS H-E-B #567 POS EFT RF#123925 SAN ANTONIO TX CARD#5117 | 72.64 |
| May 06 | VIS SQ *GUILLERMO'S CAT VIS EFT RF#009998 San Antonio TX CARD#5117 | 28.80 |
| May 06 | VIS REGAL CINEMAS INC VIS EFT RF#090807 877-835-5734 TN CARD#5117 | 50.38 |
| May 06 | POS H-E-B GAS #718 POS EFT RF#092847 SAN ANTONIO TX CARD#5117 | 61.70 |
| May 06 | POS RESTAURANT POS EFT RF#412520000113 SAN ANTONIO TX CARD#2471 | 577.59 |
| May 06 | VIS TST* BAR LORETTA VIS EFT RF#057623 SAN ANTONIO TX CARD#5117 | 184.81 |
| May 06 | VIS SQ *GUILLERMO'S CAT VIS EFT RF#052127 San Antonio TX CARD#5117 | 19.20 |
| May 06 | VIS Wal-Mart S VIS EFT RF#412508241257 SAN ANTONIO TX CARD#2471 | 22.75 |
| May 06 | VIS TIGER SANITATION LL VIS EFT RF#058121 210-333-4287 TX CARD#5117 | 525.58 |
| May 06 | VIS TIGER SANITATION LL VIS EFT RF#057948 210-333-4287 TX CARD#5117 | 231.38 |
| May 06 | POS THE HOME DEPOT # POS EFT RF#412530001828 SAN ANTONIO TX CARD#5117 | 75.52 |
| May 07 | POS LEIJA BOXING AND FI POS EFT RF#011229 210-3792752 TX CARD#5117 | 100.00 |
| May 07 | ATT Payment xxxxx6003EPAYD | 14.54 |
| May 07 | POS THE HOME DEPOT # POS EFT RF#412891000235 SAN ANTONIO TX CARD#5117 | 176.74 |
| May 07 | VIS MOOD: TEXAS VIS EFT RF#008834 210-223-6383 TX CARD#5117 | 105.07 |
| May 07 | POS RESTAURANT POS EFT RF#412888002570 SAN ANTONIO TX CARD#2471 | 1,400.93 |
| May 07 | POS H-E-B #556 POS EFT RF#663357 SAN ANTONIO TX CARD#2471 | 20.21 |
| May 08 | VIS OBLATE CAFE VIS EFT RF#000023 SAN ANTONIO TX CARD#5117 | 29.21 |
| May 08 | POS RESTAURANT POS EFT RF#412913000206 SAN ANTONIO TX CARD#2471 | 513.27 |
| May 08 | VIS OPENTABLE VIS EFT RF#055079 800-673-6822 CA CARD#5117 | 366.45 |
| May 08 | VIS WAL-MART # VIS EFT RF#000000708529 SAN ANTONIO TX CARD#5117 | 22.68 |
| May 08 | POS THE HOME DEPOT # POS EFT RF#412955000026 SAN ANTONIO TX CARD#5117 | 54.10 |
| May 09 | POS RESTAURANT POS EFT RF#413014001550 SAN ANTONIO TX CARD#2471 | 965.74 |
| May 10 | Sysco Corporatio Payment USBL013679464SA | 5,253.59 |

 **BROADWAY BANK**

Account Number |1752
Page / of 10    236

*broadway.bank*

### Other Withdrawals

| Date | Description | Amount |
|---|---|---|
| May 10 | Serendipity Wine FintechEFT 46-2150143 | 476.76 |
| May 10 | Silver Eagle Bev FintechEFT 46-2150143 | 2,580.00 |
| May 10 | ADP PAYROLL FEES ADP FEES 774094132162 | 158.37 |
| May 10 | TSYS TRANSFIRST MERCH FEES 543684555862557 | 4,160.00 |
| May 10 | VIS THE WEBSTAURANT STO VIS EFT RF#011719 717-392-7472 PA CARD#2471 | 117.70 |
| May 10 | ADP WAGE PAY WAGE PAY 2800945681198XG | 10,249.78 |
| May 10 | VIS SAMSCLUB COM VIS EFT RF#068276 888-746-7726 AR CARD#5117 | 64.80 |
| May 10 | POS RESTAURANT POS EFT RF#413190001361 SAN ANTONIO TX CARD#2471 | 876.97 |
| May 10 | POS H-E-B #718 POS EFT RF#919157 SAN ANTONIO TX CARD#2471 | 27.46 |
| May 10 | VIS THE WEBSTAURANT STO VIS EFT RF#046409 717-392-7472 PA CARD#2471 | 99.00 |
| May 10 | VIS THE WEBSTAURANT STO VIS EFT RF#046391 717-392-7472 PA CARD#2471 | 749.59 |
| May 10 | POS H-E-B GAS #385 POS EFT RF#069007 SAN ANTONIO TX CARD#5117 | 66.04 |
| May 13 | Interface WEB PAY Interface | 268.21 |
| May 13 | Spec's Family Pa FintechEFT 46-2150143 | 1,073.94 |
| May 13 | ADP Tax ADP Tax RN8XG 051019A01 | 3,032.95 |
| May 13 | VIS TST* MEZQUITE VIS EFT RF#081126 San Antonio TX CARD#5117 | 126.10 |
| May 13 | POS RESTAURANT POS EFT RF#413495002725 SAN ANTONIO TX CARD#2471 | 1,031.57 |
| May 13 | POS H-E-B #556 POS EFT RF#720174 SAN ANTONIO TX CARD#2471 | 22.36 |
| May 13 | POS RESTAURANT POS EFT RF#413297001955 SAN ANTONIO TX CARD#2471 | 1,189.96 |
| May 13 | POS PULLMAN MA POS EFT RF#000000037059 SAN ANTONIO TX CARD#5117 | 5.84 |
| May 13 | VIS HEB ONLINE #108 VIS EFT RF#000385 855-803-0611 TX CARD#5117 | 144.12 |
| May 13 | VIS TST* CARRIQUI VIS EFT RF#038745 San Antonio TX CARD#5117 | 53.86 |
| May 14 | Consolidated Broadway Services | 40.00 |
| May 14 | POS RESTAURANT POS EFT RF#413587002559 SAN ANTONIO TX CARD#2471 | 951.46 |
| May 14 | POS APPLE COM BILL POS EFT RF#005591 866-712-7753 CA CARD#5117 | 75.76 |
| May 14 | Silver Eagle Bev FINTECHEFT 46-2150143 | 509.86 |
| May 14 | Basys Processing ACH Collec 9854360 | 27.85 |
| May 14 | Dorcol Distillin FintechEFT 46-2150143 | 721.00 |
| May 14 | PFS Financing Co INS PMNT 1080-2253359 | 1,246.34 |
| May 14 | NUCO2 LLC WEB PAY NuCO2 | 604.50 |
| May 15 | ZELLE SYBIL OBLEDO 4136P0L05XT7 | 250.00 |
| May 15 | ZELLE JERRICA GARZA 4136P0B0L6Z5 | 168.00 |
| May 15 | POS H-E-B #211 POS EFT RF#311403 SAN ANTONIO TX CARD#2471 | 90.56 |
| May 15 | POS H-E-B #178 POS EFT RF#663329 SAN ANTONIO TX CARD#5117 | 112.83 |
| May 15 | POS RESTAURANT POS EFT RF#413605002516 SAN ANTONIO TX CARD#2471 | 662.78 |
| May 16 | POS H-E-B #178 POS EFT RF#315366 SAN ANTONIO TX CARD#5117 | 13.96 |
| May 16 | VIS SQ *PIONEER BARBER VIS EFT RF#071821 San Antonio TX CARD#5117 | 120.00 |
| May 16 | VIS ACE MART ST MARY ST VIS EFT RF#024752 210-224-0082 TX CARD#2471 | 145.04 |
| May 16 | VIS THE WEBSTAURANT STO VIS EFT RF#049531 717-392-7472 PA CARD#2471 | 850.73 |
| May 16 | Spec's Family Pa FintechEFT 46-2150143 | 661.64 |
| May 17 | ADP WAGE PAY WAGE PAY 7620707407998XG | 10,127.17 |
| May 17 | PFS Financing Co INS PMNT 1080-2225126 | 1,676.29 |
| May 17 | Sysco Corporatio Payment USBL013679464SA | 6,888.14 |
| May 17 | ADP PAYROLL FEES ADP FEES 780070725696 | 162.81 |
| May 17 | POS H-E-B #718 POS EFT RF#855713 SAN ANTONIO TX CARD#2471 | 20.87 |
| May 17 | POS RESTAURANT POS EFT RF#413839000063 SAN ANTONIO TX CARD#2471 | 1,785.32 |
| May 17 | VIS ALAMO BARTER CORPOR VIS EFT RF#019876 210-650-9300 TX CARD#5117 | 149.99 |
| May 17 | VIS SAMSCLUB COM VIS EFT RF#038943 888-746-7726 AR CARD#5117 | 347.71 |
| May 20 | VIS DISCOUNT LIQUOR VIS EFT RF#000059 SAN ANTONIO TX CARD#5117 | 49.77 |



**BROADWAY BANK**

Account Number ▇1752
Page ▇ of 10     236

*broadway.bank*

### Other Withdrawals

| Date | Description | Amount |
|---|---|---:|
| May 20 | NeighborFavor I Bill com 016KDYJID3CGE8I | 38.74 |
| May 20 | NeighborFavor I Bill com 016JLEOYO3CGEPJ | 361.00 |
| May 20 | ADP Tax ADP Tax RN8XG 051720A01 | 3,091.13 |
| May 20 | POS CIRCLE K #2740259 POS EFT RF#027571 SAN ANTONIO TX CARD#5117 | 35.00 |
| May 20 | POS THE HOME DEPOT # POS EFT RF#414138001950 SAN ANTONIO TX CARD#5117 | 49.73 |
| May 20 | VIS THE WEBSTAURANT STO VIS EFT RF#013457 717-392-7472 PA CARD#2471 | 819.38 |
| May 20 | VIS THE WEBSTAURANT STO VIS EFT RF#013465 717-392-7472 PA CARD#2471 | 296.09 |
| May 20 | VIS SQ *TAQUITOS LOS VIS EFT RF#414003817732 SAN ANTONIO TX CARD#5117 | 24.57 |
| May 20 | VIS TST* RIVER SUN VIS EFT RF#093990 SAN ANTONIO TX CARD#5117 | 62.76 |
| May 20 | VIS TST* SHIRO SUSHI VIS EFT RF#065842 San Antonio TX CARD#5117 | 179.43 |
| May 20 | POS PEPBOYS ST POS EFT RF#413914404948 SAN ANTONIO TX CARD#5117 | 353.48 |
| May 20 | POS H-E-B #556 POS EFT RF#381474 SAN ANTONIO TX CARD#2471 | 19.60 |
| May 20 | POS THE HOME DEPOT # POS EFT RF#413984002672 SAN ANTONIO TX CARD#5117 | 18.37 |
| May 20 | POS RESTAURANT POS EFT RF#413927001917 SAN ANTONIO TX CARD#2471 | 1,204.13 |
| May 20 | POS H-E-B #466 POS EFT RF#394997 SAN ANTONIO TX CARD#2471 | 34.02 |
| May 20 | POS CIRCLE K #2740259 POS EFT RF#014272 SAN ANTONIO TX CARD#5117 | 74.00 |
| May 20 | POS HP *INSTANT INK POS EFT RF#043423 855-785-2777 CA CARD#5117 | 22.72 |
| May 21 | POS H-E-B #556 POS EFT RF#963788 SAN ANTONIO TX CARD#2471 | 26.79 |
| May 21 | WEBFILE TAX PYMT DD 902 75842716 | 14,131.85 |
| May 21 | Spec's Family Pa FintechEFT 46-2150143 | 445.12 |
| May 21 | INTUIT * QBooks Onl 9420137 | 31.98 |
| May 21 | VIS TX GOV*SERVICEFEE-D VIS EFT RF#002515 EGOV COM TX CARD#5117 | 2.00 |
| May 21 | POS LEIJA BOXING AND FI POS EFT RF#041356 210-3792752 TX CARD#5117 | 2.00 |
| May 21 | POS RESTAURANT POS EFT RF#414281002427 SAN ANTONIO TX CARD#2471 | 616.26 |
| May 21 | WEBFILE TAX PYMT DD 902 75843852 | 1,869.30 |
| May 21 | Silver Eagle Bev FintechEFT 46-2150143 | 202.60 |
| May 21 | WEBFILE TAX PYMT DD 902 75843459 | 2,301.75 |
| May 22 | POS H-E-B #556 POS EFT RF#551084 SAN ANTONIO TX CARD#2471 | 17.54 |
| May 22 | NCR HSR DIV 8002255627 GUILLERMO S LLC | 72.11 |
| May 22 | VIS PARSI PEDIATRICS VIS EFT RF#414313262408 SAN ANTONIO TX CARD#5117 | 43.01 |
| May 22 | VIS BEXAR VEHREG VIS EFT RF#000130 EGOV COM TX CARD#5117 | 82.50 |
| May 22 | VIS RESTAURANT DEPOT VIS EFT RF#023606 SAN ANTONIO TX CARD#2471 | 1,150.61 |
| May 22 | POS RESTAURANT POS EFT RF#414317000700 SAN ANTONIO TX CARD#2471 | 828.85 |
| May 23 | POS RESTAURANT POS EFT RF#414455002377 SAN ANTONIO TX CARD#2471 | 960.20 |
| May 24 | POS H-E-B #556 POS EFT RF#054063 SAN ANTONIO TX CARD#2471 | 120.45 |
| May 24 | POS RESTAURANT POS EFT RF#414510000897 SAN ANTONIO TX CARD#2471 | 941.69 |
| May 24 | POS APPLE COM BILL POS EFT RF#017237 866-712-7753 CA CARD#5117 | 16.23 |
| May 24 | VIS THE WEBSTAURANT STO VIS EFT RF#031623 717-392-7472 PA CARD#2471 | 452.80 |
| May 24 | ADP PAYROLL FEES ADP FEES 390093927326 | 160.59 |
| May 24 | Sysco Corporatio Payment USBL013679464SA | 8,397.71 |
| May 24 | ADP WAGE PAY WAGE PAY 6880994725338XG | 10,537.62 |
| May 28 | ATT Payment xxxxx7002EPAYX | 341.01 |
| May 28 | Spec's Family Pa FintechEFT 46-2150143 | 3,350.73 |
| May 28 | Serendipity Wine FintechEFT 46-2150143 | 219.00 |
| May 28 | ADP Tax ADP Tax RN8XG 052421A01 | 3,165.13 |
| May 28 | POS CIRCLE K # POS EFT RF#414914883475 SAN ANTONIO TX CARD#5117 | 26.62 |
| May 28 | SPECTRUM SPECTRUM 1495091 | 924.76 |
| May 28 | VIS ACE MART ST MARY ST VIS EFT RF#034807 210-224-0082 TX CARD#2471 | 160.19 |
| May 28 | POS H-E-B #556 POS EFT RF#899341 SAN ANTONIO TX CARD#2471 | 7.56 |



| | Account Number |
|---|---|
| | 752 |
| | Page 9 of 10   236 |

*broadwav.bank*

### Other Withdrawals

| Date | Description | Amount |
|---|---|---|
| May 28 | POS RESTAURANT POS EFT RF#414605001768 SAN ANTONIO TX CARD#2471 | 1,396.40 |
| May 28 | VIS HEB ONLINE #108 VIS EFT RF#000383 855-803-0611 TX CARD#5117 | 156.03 |
| May 28 | POS RESTAURANT POS EFT RF#414913000624 SAN ANTONIO TX CARD#2471 | 708.64 |
| May 29 | POS H-E-B #178 POS EFT RF#366628 SAN ANTONIO TX CARD#5117 | 15.50 |
| May 29 | ZELLE JERRICA GARZA 4150P0J0JF90 | 65.00 |
| May 29 | POS RESTAURANT POS EFT RF#415012002867 SAN ANTONIO TX CARD#2471 | 889.64 |
| May 29 | Silver Eagle Bev FintechEFT 46-2150143 | 441.85 |
| May 29 | DEPT EDUCATION STUDENT LN 0000 | 238.78 |
| May 29 | Infinity Insuran Upload xxxxxx8231 | 734.99 |
| May 29 | Glazer's Beer & FINTECHEFT 46-2150143 | 1,325.96 |
| May 30 | Glazer's Beer & FINTECHEFT 46-2150143 | 277.62 |
| May 30 | POS RESTAURANT POS EFT RF#415120001573 SAN ANTONIO TX CARD#2471 | 984.01 |
| May 30 | VIS APPLE COM BILL VIS EFT RF#090963 866-712-7753 CA CARD#5117 | 2.15 |
| May 31 | Sysco Corporatio Payment USBL013679464SA | 8,353.32 |
| May 31 | POS APPLE COM BILL POS EFT RF#066889 866-712-7753 CA CARD#5117 | 0.99 |
| May 31 | POS RESTAURANT POS EFT RF#415297002172 SAN ANTONIO TX CARD#2471 | 1,063.05 |
| May 31 | POS H-E-B #556 POS EFT RF#804331 SAN ANTONIO TX CARD#2471 | 78.87 |
| May 31 | POS H-E-B #718 POS EFT RF#266895 SAN ANTONIO TX CARD#2471 | 20.78 |
| May 31 | POS THE HOME DEPOT # POS EFT RF#415227002601 SAN ANTONIO TX CARD#5117 | 32.29 |
| May 31 | POS H-E-B #178 POS EFT RF#982981 SAN ANTONIO TX CARD#5117 | 34.63 |
| May 31 | VIS MCDONALD'S VIS EFT RF#000000470763 SAN ANTONIO TX CARD#5117 | 20.13 |
| May 31 | ADP PAYROLL FEES ADP FEES 781072966146 | 158.37 |
| May 31 | ADP WAGE PAY WAGE PAY 6310695330758XG | 10,131.74 |

**Balance This Statement** 41,753.15

Running Balances

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 04-30 | $62,094.27 | 05-10 | $46,906.45 | 05-22 | $53,828.51 |
| 05-01 | $64,344.97 | 05-13 | $79,575.03 | 05-23 | $56,048.54 |
| 05-02 | $61,646.77 | 05-14 | $70,590.27 | 05-24 | $41,583.02 |
| 05-03 | $40,667.39 | 05-15 | $71,922.58 | 05-28 | $59,367.09 |
| 05-06 | $68,306.35 | 05-16 | $76,258.64 | 05-29 | $56,509.51 |
| 05-07 | $64,391.98 | 05-17 | $63,988.69 | 05-30 | $54,704.26 |
| 05-08 | $65,154.37 | 05-20 | $88,862.81 | 05-31 | $41,753.15 |
| 05-09 | $65,714.66 | 05-21 | $62,736.87 | | |

END OF STATEMENT